# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

September 2, 2009

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

The Honorable Judge Jose L. Linares
Martin Luther King, Jr., Federal Building and Courthouse
P.O. Box 0999
Newark, New Jersey 07102

RE: United States vs. Ta-Tanisha Clay
Dkt. No.2:06-CR-887-JLL
<u>Termination of Supervision</u>

Dear Judge Linares:

On February 22, 2007, the above-mentioned offender appeared before Your Honor for sentencing upon being convicted of Misprison of a Felon 18 U.S.C. 4. Clay was sentenced to twenty-four months imprisonment followed by one year supervised release. While on supervised release, she was ordered to comply with the following special conditions: full financial disclosure, DNA collection, and drug testing and treatment. She was ordered to pay a$1,000 fine and $100 special assessment.

The offender's term of supervised release is due to expire on October 23, 2009. The offender maintains a restitution balance of $350, which will not be paid before the expiration of her supervision term. However, the offender has attempted to make payments to the best of her ability toward her financial obligations and has been in compliance with the conditions of supervision.

Unless Your Honor orders otherwise, this officer recommends the supervision be allowed to expire as scheduled since the fine payment order remains imposed as a final judgment, pursuant to Title 18, United States Code, Section 3664(o). The Financial Litigation Unit of the United States Attorneys Office for the District of New Jersey will be notified of the expiration of Clay's term of supervised release along with pertinent information to assist them should they pursue collection of the fine. Should Your Honor request an alternative course of action, please advise.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Erika M. Arnone
    Senior U.S. Probation Officer

/ema   SO ORDERED: _____
       DATE: 9-10-09